**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 AL WAXTER,

                         Plaintiff,

          -against-                                       26 **CIVIL** 1383 (KMW)

                                                       **JUDGMENT**

CASA PROMESA; NEW YORK STATE.,

                        Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2026, the Court dismisses Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for the reasons set forth in this Order. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York.

       April 27, 2026

                                          **TAMMI M. HELLWIG**
                                     _____
                                           **Clerk of Court**

                    **BY:**                                          _____
                                           **Deputy Clerk**